UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:
  John J. Gay

**Order Filed on March 1, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:  19-10001-SLM

Hearing Date:  February 27, 2019

Judge:  Stacey L. Meisel

Chapter:  13

Recommended Local Form:     ☒ Followed     ☐ Modified

ORDER DENYING MOTION OR APPLICATION
FOR THE ENTRY OF AN ORDER
VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: March 1, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on  January 17 , 20 19  by  Elyon Capital LLC through their attorney Allen I. Gorski  for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied for lack of standing.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

Rev. 7/1/04; jml